FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BOB McCOY
  BILL MEIER
  LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

February 20, 2014

Hon. John H. Fostel
Judge, 271st District Court
Wise County
P.O. Box 805
Decatur, TX 76234
* DELIVERED VIA E-MAIL *

James Harold Porter
12160 Abrams Rd., Ste. 107
Dallas, TX 75243
* DELIVERED VIA E-MAIL *

Henry M. Porter, Jr.
9226 Dove Meadow Dr.
Dallas, TX 75243
* DELIVERED VIA E-MAIL *

S. Cass Weiland
Patton Boggs, LLP
2000 McKinney Ave., Ste. 1700
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Civil District Clerk, Wise County
P.O. Box 308
Decatur, TX 76234
* DELIVERED VIA E-MAIL *

Hon. Jeff Walker
Regional Presiding Judge
Tim Curry Criminal Justice Center
401 W. Belknap, 5th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:  02-13-00435-CV
        Trial Court Case Number:   07-07-565

Style:  Henry M. Porter, Jr. and James Harold Porter
        v.
        Wise County, Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

Respectfully yours,

DEBRA SPISAK, CLERK